No. 82–837. ARTHUR YOUNG & CO. *v.* UNITED STATES ET AL. C. A. 2d Cir. Certiorari denied.

No. 83–401. A. E. STALEY MANUFACTURING CO. *v.* EQUAL EMPLOYMENT OPPORTUNITY COMMISSION. C. A. 7th Cir. Certiorari denied.

No. 83–625. GRIFFIN, MAYOR OF BUFFALO, ET AL. *v.* BOARD OF EDUCATION OF THE CITY OF BUFFALO, NEW YORK, ET AL. C. A. 2d Cir. Certiorari denied.

No. 83–663. NEW YORK ET AL. *v.* UNITED STATES ET AL. C. A. 2d Cir. Certiorari denied.

No. 83–874. POE *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 83–960. GALAHAD *v.* WEINSHIENK, JUDGE, UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO, ET AL. C. A. 10th Cir. Certiorari denied.

No. 83–981. SPENCER ET AL. *v.* NATIONAL LABOR RELATIONS BOARD. C. A. D. C. Cir. Certiorari denied.

No. 83–984. V. N. A. OF GREATER TIFT COUNTY, INC. *v.* HECKLER, SECRETARY OF HEALTH AND HUMAN SERVICES, ET AL. C. A. 11th Cir. Certiorari denied.

No. 83–998. FOLEY CONSTRUCTION CO. *v.* U. S. ARMY CORPS OF ENGINEERS ET AL. C. A. 8th Cir. Certiorari denied.

No. 83–1040. SEABOARD SYSTEM RAILROAD, INC., ET AL. *v.* DONOVAN, SECRETARY OF LABOR, ET AL. C. A. 6th Cir. Certiorari denied.

No. 83–1053. SOUTHERN PACIFIC TRANSPORTATION CO. *v.* PUBLIC UTILITIES COMMISSION OF CALIFORNIA ET AL. C. A. 9th Cir. Certiorari denied.

No. 83–1068. SPENCER ET AL. *v.* LOGAN. C. A. 5th Cir. Certiorari denied.